UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THOMAS CARTAGENA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. SACV 18-00964 JVS-DFM<br><br>**JUDGMENT**<br><br><br>Honorable James V. Selna<br>United States District Judge |

In accordance with the Court's April 27, 2020, Order granting summary judgment in favor of Defendant United States of America ("Defendant") (Docket No. 44), the Court has resolved all of the claims pending in this action.

1. IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment shall be entered in favor of Defendant on all claims asserted by Plaintiff Thomas Cartagena ("Plaintiff").

/ / /

2. IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff shall take nothing and Defendant shall have its costs of suit.

Dated: May 07, 2020

_____
Hon. James V. Selna
United States District Judge

Submitted by:

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

*/s/ Jennifer Jacobs*
JENNIFER R. JACOBS
Assistant United States Attorneys

Attorneys for Defendant
United States of America